618

389 A.2d 686

Commonwealth v. Williamson, Appellant.

Submitted November 14, 1977. Robert J. Tesone, for appellant; David B. Douds, Assistant District Attorney, and Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 686

Commonwealth v. Wilson, Appellant.

Submitted November 23, 1977. G. William Bills, Jr., for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.